**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Quinton D. RAINEY, a/k/a Q,**
**Defendant–Appellant.**

**No. 02–6332.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Quinton D. Rainey, Appellant Pro Se. Fernando Groene, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Quinton D. Rainey seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record

and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Rainey,* Nos. CR–94–69; CA–99–13–4 (E.D.Va. Jan. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*